and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–5505 (A–98). IN RE HATCH. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of mandamus denied.

No. 96–5504 (A–97). HATCH v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

AUGUST 9, 1996

No. A–100 (O. T. 1996). AKE v. WARD, WARDEN, ET AL. Application for stay of execution of sentence of death of Steven Keith Hatch, presented to JUSTICE BREYER, and by him referred to the Court, denied.

AUGUST 19, 1996

No. A–1005. DUBIN v. UNITED STATES. Application for leave to file petition for writ of certiorari in excess of the page limitations, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–106 (O. T. 1996). MARTINI v. OFFICE OF THE PUBLIC DEFENDER. Sup. Ct. N. J. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

AUGUST 21, 1996

No. A–137 (O. T. 1996). STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. MATA. Application to vacate the stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.